**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: Winifred Gaddy ) | |
| ) | **Case No: 16 B 25958** |
| ) | **Judge:   Cleary** |
| ) | **Chapter  13** |
| Debtor ) | |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn O. Marshall, 224 S. Michigan Ave., Ste. 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
Debtor: Winifred Gaddy, 10230 S. Rhodes Ave, Chicago, IL 60628
**See Attached Service List**

PLEASE TAKE NOTICE that on March 16, 2019 at 10:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Cleary, or any other Bankruptcy Judge presiding in her place in Courtroom 644 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before March 2, 2020.

/s/ Angelica Harb

Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 321
Chicago, IL 60606
312-273-5001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-25958<br>Northern District of Illinois<br>Eastern Division<br>Mon Mar  2 22:17:14 CST 2020 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Capital One Auto Finance<br>P.O. BOX 201347<br>ARLINGTON, TX 76006-1347 |
| Capital One Auto Finance c/o AIS Portfolio S<br>P.O. BOX 4360<br>Houston, TX 77210-4360 | Capital One Auto Finance c/o AIS Portfolio S<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Accounts Receivable Ma<br>2950 W Chicago Ave Ste 3<br>Chicago, IL 60622-4375 | America's Fi<br>2 W. Madison St.<br>Oak Park, IL 60302-4204 | (p)AMERICA S FINANCIAL CHOICE INC<br>2 W MADISON ST<br>2ND FLOOR<br>OAK PARK IL 60302-4204 |
| American InfoSource<br>POB 248848<br>Oklahoma City, OK 73124-8848 | Atlas Acquisitions LLC   (TEMPOE, LLC)<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Capital One Auto Finance<br>3901 N Dallas Pkwy<br>Plano, TX 75093-7864 |
| Capital One Auto Finance c/o AIS<br>Portfolio Services, LP f/k/a AIS Data<br>Services d/b/a/ Ascension Capital Group<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, a division of Capi<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Cbe Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 | City Of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W. Jackson Blvd Ste. 600<br>Chicago, IL 60604-3517 |
| City of Chicago<br>Dept of Finance<br>PO Box 88292<br>Chicago, IL 60680-1292 | Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106-0610 | IL Dept of Employment Security<br>Benefit Repayment<br>PO Box 19286<br>Springfield, IL 62794-9286 |
| Illinois Department of Employment<br>PO BOX 4385<br>Chicago, IL 60680-4385 | National Ser<br>18820 Aurora Av N. #205<br>Seattle, WA 98133-3900 | PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, ILLINOIS 60601-6433 |
| Peoples Engy<br>200 East Randolph<br>Chicago, IL 60601-6302 | Turner Acceptance Crp<br>5900 W Howard St<br>Skokie, IL 60077-2627 | Wells Fargo Bank  N A<br>Wells Fargo Education Financial Services<br>PO Box 10438<br>MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wf Efs<br>Po Box 84712<br>Sioux Falls, SD 57118-4712 | Jason Blust<br>Law Office of Jason Blust, LLC<br>211 W. Wacker Drive<br>Ste. 300<br>Chicago, IL 60606-1390 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 |

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Winifred E Gaddy
10230 S Rhodes Ave
Chicago, IL 60628-2212


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


America's Financial Choice Inc
2 W Madison St., 2nd Floor
Oak Park, IL 60302

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

End of Label Matrix
Mailable recipients    31
Bypassed recipients     1
Total                  32

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:  Winifred Gaddy** ) | |
| ) | **Case No:  16 B 25958** |
| ) | **Judge:     Cleary** |
| ) | **Chapter   13** |
| **Debtor** ) | |

## MOTION FOR HARDSHIP DISCHARGE

Now comes Winifred Gaddy (hereinafter referred to as "Debtor"), by and through her attorneys, and moves this Honorable Court for entry of a hardship discharge pursuant to section 1328 of the bankruptcy code, and in support thereof, respectfully represents as follows:

1. On August 12, 2016, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 plan on October 5, 2016. The confirmed plan provided for monthly payments of $270.00 for 60 months, with general unsecured creditors to receive a minimum of 7% of their timely filed claims. The confirmed plan was modified on September 11, 2017 to increase the monthly payment to $500.00 per month with general unsecured creditors to receive a minimum of 100% of their timely filed claims.

3. At the time of filing the Debtor was working as a clerk for United States Postal Service taking home approximately $2,600.00 per month. She was on payroll control and faithfully paid into her plan each month for the first 40 months of her case.

4. Beginning in September 2019, Debtor was diagnosed with a brain tumor. Debtor's physician informed her that the tumor has caused significant neurological deficits and she is now legally blind. These deficits caused her to be unable to return to

work. It is unknown whether debtor will ever be able to return to work. Debtor has been in and out of the hospital for multiple brain surgeries and radiation treatments. Debtor has been unable to work since November 2019. She routinely goes to physical therapy, eye appointments, and undergoes radiation treatments. (see attached doctor's note attached hereto as Exhibit A).

4. The Trustee's office did receive a payment from the Debtor's payroll in February 2020 due to an annual leave paid by USPS as a result of the Debtor leaving USPS. Still, Debtor has not worked for USPS since November 2019, and she cannot return to work.

5. Pursuant to 11 USC §1328, in order to establish that she is eligible for the hardship discharge the Debtor must show that (1) the inability to make payments is not the result of something the Debtor should be held responsible for, (2) unsecured creditors have received what they would if the instant case was one filed under Chapter 7, and (3) modification of the plan is not feasible.

6. The Debtor cannot rightly be held responsible for the inability to recover from a brain tumor and the after effects that have left her unable to work.

7. Unsecured creditors have received at least what they would have in a Chapter 7 liquidation analysis since the Debtor has no interest in any property that has equity.

8. Finally, the modification of the plan is not feasible because the Debtor's only source of income is a contribution from her ex-husband and food stamps. The Debtor receives $1300.00 per month from her ex-husband which she uses to pay for her rent. She also receives $509.00 in food stamps. The Debtor applied for disability benefits in November 2019, but she has not yet been approved. Debtor informed her attorneys that

she would not receive a decision whether she is able to receive benefits until 6 months after her application. The Debtor's ex-husband is only contributing to the household until Debtor is able to receive social security disability benefits. These funds alone cannot cover her living expenses, let alone a plan payment (see attached Amended Schedules I and J).

9. Since the Debtor is not at fault for her current situation, unsecured creditors have received what they would if this was a Chapter 7 and modification of the plan is not feasible, the Debtor is otherwise entitled to a hardship discharge.

10. Due to these circumstances that are out of the Debtor's control, she is respectfully requesting this Honorable Court grant her a hardship discharge pursuant to 11 USC §1328(b).

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order granting hardship discharge and for such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

  /s/ Angelica Harb

Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001