# EXHIBIT A



Page 2 of 2

Neurology
Rehabilitation

UIC COLLEGE OF MEDICINE
UNIVERSITY OF ILLINOIS AT CHICAGO

***Stefania Maraka***
***Assistant Professor***

January 29. 2020

Re: Gaddy, Winifred

DOB 1-7-85

To whom it may concern

Winifred Gaddy is a patient under my care with a brain tumor. She has significant neurological deficits and is currently incapacitated and unable to work. This disability is likely permanent. If you have any questions or need additional information, please feel free to call me at 312-996-3369.

Sincerely,

Stefania Maraka MD
Assistant Professor

UIC Neurology and Rehabilitation; 758N NPI (MC 796), 912 South Wood Street, Chicago, IL 60612
Phone (312) 996-3369 • Fax (312) 996-0266
WEB: http://chicago.medicine.uic.edu/departments programs/departments/Neurology

Page 1