IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: Winifred Gaddy )
) Case No: 16-25958
) Judge: Cleary
) Chapter 13
Debtor )

### AFFIDAVIT

Comes now the affiant Winifred Gaddy being first duly sworn, and states as follows based upon her own personal knowledge:

1. I am making this affidavit for the purpose of supporting a Motion for Hardship Discharge in my current Chapter 13 bankruptcy.
2. I was diagnosed with a brain tumor, and I am unable to continue to work. I receive regular physical therapy, eye appointments, and radiation treatments.
4. I can no longer keep making the plan payments to the Bankruptcy Trustee.
3. I am no longer working as a clerk with USPS.
4. My ex-husband is assisting with my rent payment in the amount of $1300.00. He is currently assisting with my household expenses including utilities.
5. I currently receive LINK in the amount of $509.00
6. I have applied for social security disability benefits, but I am still awaiting a decision.

FURTHER, THE AFFIANT SAYETH NOT

Date: 3-9-2020          Signed: /s/ Winifred Gaddy

                        Printed: Winifred Gaddy

STATE OF Illinois )
                  )
COUNTY OF Cook    )

BEFORE ME, the undersigned, a notary for Cook County, State of Illinois, personally appeared Winifred Gaddy, and acknowledged the execution of the above and foregoing instrument this 9th day of March, 2020.

                        Notary Public
                        Denedra Watson
                        Printed Name

My Commission Expires: 8/5/2023

DENEDRA WATSON
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires Aug 05, 2023