# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| WINIFRED GADDY, | ) | Case No. 16 B 25958 |
| | ) | |
| Debtor. | ) | Judge David D. Cleary |

## ORDER AND NOTICE SETTING DEADLINE
## FOR FILING COMPLAINT UNDER § 523(A)(6)

Debtor Winifred Gaddy having filed a motion for discharge under 11 U.S.C. § 1328(b),

**IT IS HEREBY ORDERED THAT** the deadline for filing a complaint to determine the dischargeability of any debt under § 523(a)(6) is **April 24, 2020**.

The Clerk's Office is directed to serve this notice on the appropriate parties.

ENTERED:

_[signature]_

Date: March 16, 2020

DAVID D. CLEARY
United States Bankruptcy Judge